# <u>EXHIBIT A</u>



**Your Missouri Courts**

Search for Cases by: Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  Logoff KRHOTEN6691

### 2211-CC00254 - BRIAN STRICK V STRATOSPHERE QUALTY LLC ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending   ○ Ascending        Display Options: All Entries ▾

---

**05/09/2022**  ☐ **Corporation Served**
Document ID - 22-SMCC-805; Served To - PEOPLEREADY INC; Server - ; Served Date - 02-MAY-22; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO PEOPLEREADY INC C/O CSC LAWYERS INCORPORATING SERVICE VIA S.LEWIS, DESIGNEE

☐ **Notice of Service**
RETURN OF SERVICE SENT TO PEOPLEREADY INC SJB

**05/05/2022**  ☐ **Corporation Served**
Document ID - 22-SMCC-804; Served To - STRATOSPHERE QUALTY, LLC; Server - ; Served Date - 05-MAY-22; Served Time - 13:33:00; Service Type - Special Process Server; Reason Description - Served; Service Text - SERVED TO STRATOSPHERE QUALTY LLC C/O BONNIE LOVE

☐ **Notice of Service**
Return of Service.
   **Filed By:** KEVIN JAMES KASPER
   **On Behalf Of:** BRIAN CHRISTOPHER STRICK

**04/25/2022**  ☐ **Alias Summons Issued**
Document ID: 22-SMCC-805, for PEOPLEREADY INC. BOTH SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET.

☐ **Alias Summons Issued**
Document ID: 22-SMCC-804, for STRATOSPHERE QUALTY, LLC.

☐ **Summons Returned Non-Est**
Document ID - 22-SMCC-553; Served To - PEOPLEREADY INC; Server - ; Served Date - 25-APR-22; Served Time - 00:00:00; Service Type - Other; Reason Description - Non-est; Service Text - ATTY REQUESTS ALIAS

☐ **Summons Returned Non-Est**
Document ID - 22-SMCC-552; Served To - STRATOSPHERE QUALTY, LLC; Server - ; Served Date - 25-APR-22; Served Time - 00:00:00; Service Type - Other; Reason Description - Non-est; Service Text - ATTY REQUESTS ALIAS

☐ **Alias Summons Requested**
Request for Alias Summons.
   **Filed By:** KEVIN JAMES KASPER
   **On Behalf Of:** BRIAN CHRISTOPHER STRICK

**03/16/2022**  ☐ **Order - Special Process Server**
   **Associated Entries:** 03/15/2022 - **Motion Special Process Server** ⊞

☐ **Summons Issued-Circuit**
Document ID: 22-SMCC-553, for PEOPLEREADY INC. SUMMONS SAVED AND ATTACHED IN PDF
FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. EPH

☐ **Summons Issued-Circuit**
Document ID: 22-SMCC-552, for STRATOSPHERE QUALTY, LLC.

03/15/2022   ☐ **Filing Info Sheet eFiling**
        **Filed By:** KEVIN JAMES KASPER

☐ **Motion Special Process Server**
Request for Appointment of SPS.
        **Filed By:** KEVIN JAMES KASPER
        **On Behalf Of:** BRIAN CHRISTOPHER STRICK
        **Associated Entries:** 03/16/2022 - **Order - Special Process Server**

☐ **Pet Filed in Circuit Ct**
Petition.
        **Filed By:** KEVIN JAMES KASPER

☐ **Judge Assigned**

**2211-CC00254**

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

## IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY, MISSOURI
## CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| **BRIAN STRICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:** |
| **vs.** | ) | |
| | ) | |
| **STRATOSPHERE QUALITY, LLC,** | ) | **JURY TRIAL DEMANDED** |
| **Serve:** | ) | |
| **National Registered Agents, Inc** | ) | |
| **120 South Central Avenue** | ) | |
| **Clayton, MO 63105** | ) | |
| | ) | |
| | ) | |
| **And,** | ) | |
| | ) | |
| **PEOPLEREADY, INC.,** | ) | |
| **Serve:** | ) | |
| **CSC-Lawyers Incorporating Service Co.** | ) | |
| **221 Bolivar Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S PETITION
## FOR VIOLATIONS OF THE MISSOURI HUMAN RIGHTS ACT

COMES NOW, Plaintiff, Brian Strick, individually and on behalf of all others similarly

situated, by and through undersigned counsel, for his Petition against Stratosphere Quality, LLC,

and Peopleready, Inc. states:

## JURISDICTION AND PARTIES

1.     Plaintiff, Brian Strick is an individual who is and was at all times herein after

mentioned, a resident of the State of Missouri.

2.     Defendant Stratosphere Quality, LLC ("Stratosphere") is a corporation licensed to

do business in the state of Missouri that at all relevant times herein conducted business within

Saint Charles County, Missouri.

1

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

3.      Defendant Peopleready, Inc. ("Peopleready") is a corporation licensed to do business in the state of Missouri that at all relevant times herein conducted business within Saint Charles County, Missouri.

4.      Venue is proper pursuant to §508.010 and §213.111 R.S.Mo. because a substantial part of the events giving rise to this cause of action occurred in Saint Charles County, Missouri.

5.      Jurisdiction is proper pursuant to the Missouri Human Rights Act, § 213.010 R.S.Mo., et seq. (MHRA).

## FACTS COMMON TO ALL COUNTS

6.      Plaintiff worked for Stratosphere through Peopleready beginning in June 2019.

7.      Stratosphere and Peopleready were joint employers of Plaintiff.

8.      Plaintiff's employment involved the inspection of windows at a Vitrol window factory in O'Fallon, Missouri.

9.      On November 19, 2020, Stratosphere supervisor Seth Fullman grabbed plaintiff and told him "I love oral sex and I sucked a guy off when I was 8 years old."

10.     The comment was heard by other Stratosphere employees.

11.     Plaintiff complained to Alvin Jackson the Area Manager for Stratospher about the harassment from Fullman on November 19, 2020.

12.     Plaintiff complained to Peopleready manager Dave Berkbigler about the harassment from Fullman on November 19, 2020.

13.     On November 20, 2020, Peopleready manager Dave Berkbigler, terminated Plaintiff.

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

## COUNT I – VIOLATIONS OF THE MHRA FOR HARASSMENT

14.     Plaintiff restates all previous paragraphs of his petition herein.

15.     This Count is brought pursuant to the Missouri Human Rights Act (MHRA), Chapter 213 of the Missouri Revised Statutes.

16.     Section 213.055 R.S.Mo. states in relevant part "It shall be an unlawful employment practice . . . to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color,  national origin, sex, ancestry, age or disability" and "[t]o limit, segregate, or classify his employees or his employment applicants in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, national origin, sex, ancestry, age or disability".

17.     Defendants Peopleready and Stratospher are each an employer as defined by the MHRA.

18.     Plaintiff timely filed charges of discrimination with the MCHR and has received a right to sue.

19.     Plaintiff is a member of the class of people intended to be protected by the Missouri Human Rights Act, including, section 213.010, *et seq.*

20.     Defendants discriminated against Plaintiff based upon his sex including, but not limited to:

a.      Harassing Plaintiff;

b.      Inappropriately touching Plaintiff;

c.      Making crude comments of a sexual nature directed to Plaintiff;

3

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

     d.     Terminating Plaintiff

21.    Defendants' managers engaged in unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature and

    a.  Submission to such conduct was made either explicitly or implicitly a term or condition of an individual's employment;

    b.  Submission to or rejection of such conduct was used as the basis for employment decisions affecting the plaintiff including terminating him; and/or

    c.  Such conduct had the purpose and/or effect of substantially interfering with an Plaintiff's work performance and created an intimidating, hostile and/or offensive working environment

22.    Defendant and its agents and employees subjected Plaintiff to discriminatory actions as stated above.

23.    The discrimination of the Plaintiff affected a term, condition, or privilege of his employment.

24.    Defendant took discriminatory actions towards the Plaintiff because of his sex as noted above.

25.    The Defendant's articulated reasons for its actions were pretexts for unlawful actions.

26.    Plaintiff's sex were the contributing and motivating factor in Defendant's decision to discriminate against him and in terminating him.

27.    Plaintiff has suffered financial loss, decreased business opportunities, emotional pain, suffering, inconvenience, loss of enjoyment of life and incurred costs and attorney fees because of the actions of the Defendant.

4

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

28.     The Defendant's conduct was outrageous because of the Defendant's evil motive or reckless indifference to the Plaintiff's rights.

29.     Defendants' actions were intentional, willful, knowing, wanton and malicious, and in flagrant disregard for the rights of Plaintiff, and entitle Plaintiff to an award of punitive damages.

30.     Plaintiff will incur costs and attorney's fees due to the actions of Defendants.

**WHEREFORE**, the Plaintiff Brian Strick prays this court after a trial by jury, for which a jury is hereby demanded, to find that the Defendants Stratosphere Quality, LLC and Peopleready, Inc. have violated the rights of the Plaintiff as set forth above; that a Judgment be entered ordering Defendants to make Plaintiff whole for the loss of income he has suffered as a result of the unlawful acts of discrimination,  including back pay from the time of the unlawful discrimination with interest thereon and fringe benefits, front pay, compensatory damages, damages for past and future mental anguish, inconvenience, loss quality of life, and pain and suffering, punitive damages in the maximum amount allowed by law, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, in an amount to be determined at trial, in excessive of $25,000.00; reinstating Plaintiff; allow Plaintiff the costs of this action, including reasonable attorney fees and expenses incurred; award interest on all amounts, and to Grant such additional and affirmative relief as the Court may deem just and proper.

## COUNT II – VIOLATIONS OF THE MISSOURI HUMAN RIGHTS ACT FOR RETALIAION

31.     Plaintiff restates all previous paragraphs of his petition herein.

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

32.     This count is authorized and instituted under the Missouri Human Rights Act (MHRA), Section 213.010 R.S.Mo. *et seq.*

33.     Plaintiff is a member of the class of people intended to be protected by the Missouri Human Rights Act, including, section 213.010, *et seq.*

34.     Defendants retaliated against Plaintiff because of his complaints of discrimination and exercising his rights under the MHRA including terminating Plaintiff.

35.     Defendants and its agents and employees subjected Plaintiff to discriminatory and retaliatory actions as stated above.

36.     The Defendant's retaliation against Plaintiff affected a term, condition, or privilege of his employment.

37.     Defendants took discriminatory actions towards the Plaintiff regarding his job duties by terminating Plaintiff from his employment, and by retaliating against the Plaintiff because of his complaints of discrimination as noted above.

38.     Defendants actions were directly and causally connected to Plaintiff's opposition of practices prohibited by the MHRA as noted above.

39.     Defendants retaliated and discriminated against Plaintiff because he opposed practices prohibited by Chapter 213 R.S.Mo. and/or because he filed a complaint, testified, assisted, or participated in investigations, proceedings or hearings conducted pursuant to Chapter 213 R.S.Mo.

40.     The Defendant's articulated reasons for its actions were pretexts for unlawful actions.

41.     Plaintiff's opposition to practices prohibited by Chapter 213 of the Missouri Revised Statutes was a contributing and motivating factor in Defendant's retaliation against him.

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

42.     Plaintiff was discriminated against and terminated by the Defendants because of his complaints of discrimination and for exercising his rights under the Missouri Human Rights Act.

43.     Plaintiff has suffered financial loss, decreased business opportunities, emotional pain, suffering, inconvenience, loss of enjoyment of life and incurred attorney fees because of the actions of the Defendant.

44.     The Defendant's conduct was outrageous because of the Defendant's evil motive or reckless indifference to the Plaintiff's rights.

45.     Defendant's actions were intentional, willful, knowing, wanton and malicious, and in flagrant disregard for the rights of Plaintiff, and entitle Plaintiff to an award of punitive damages.

46.     Plaintiff's complaints of discrimination were a contributing factor, was the motivating factor and the exclusive cause for Defendant's discrimination and/or discharged against Plaintiff.

47.     Plaintiff will incur costs and attorney's fees due to the actions of Defendant.


**WHEREFORE**, the Plaintiff Brian Strick prays this court after a trial by jury, for which a jury is hereby demanded, to find that the Defendants Stratosphere Quality, LLC and Peopleready, Inc. have violated the rights of the Plaintiff as set forth above; that a Judgment be entered ordering Defendants to make Plaintiff whole for the loss of income he has suffered as a result of the unlawful acts of discrimination,  including back pay from the time of the unlawful discrimination with interest thereon and fringe benefits, front pay, compensatory damages, damages for past and future mental anguish, inconvenience, loss quality of life, and pain and

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

suffering, punitive damages in the maximum amount allowed by law, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, in an amount to be determined at trial, in excessive of $25,000.00; reinstating Plaintiff; allow Plaintiff the costs of this action, including reasonable attorney fees and expenses incurred; award interest on all amounts, and to Grant such additional and affirmative relief as the Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby request a trial by jury as to all issues triable by jury.

Respectfully submitted,

**KASPER LAW FIRM, LLC**

By: */s/ Kevin J. Kasper*
Kevin J. Kasper, #52171
Ryan P. Schellert, #56710
3930 Old Hwy 94 South - Suite 108
St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
Email: KevinKasper@KasperLawFirm.net
Email: RyanSchellert@KasperLawFirm.net

*ATTORNEYS FOR PLAINTIFF*

**2211-CC00254**

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

## IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY, MISSOURI
## CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| **BRIAN STRICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:** |
| **vs.** | ) | |
| | ) | |
| **STRATOSPHERE QUALITY, LLC,** | ) | **JURY TRIAL DEMANDED** |
| Serve: | ) | |
| **National Registered Agents, Inc** | ) | |
| **120 South Central Avenue** | ) | |
| **Clayton, MO 63105** | ) | |
| | ) | |
| | ) | |
| **And,** | ) | |
| | ) | |
| **PEOPLEREADY, INC.,** | ) | |
| Serve: | ) | |
| **CSC-Lawyers Incorporating Service Co.** | ) | |
| **221 Bolivar Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR SPECIAL PROCESS SERVER

Plaintiff requests that Wayne Polette, 3930 Old Hwy 94 South, Suite 108, Saint Charles,

MO 63304, be appointed special process server for the below Defendant.

**STRATOSPHERE QUALITY, LLC,**
Serve:
**National Registered Agents, Inc**
**120 South Central Avenue**
**Clayton, MO 63105**


Respectfully submitted,

**KASPER LAW FIRM, LLC**

By: */s/ Kevin J. Kasper*
Kevin J. Kasper, #52171
Ryan P. Schellert, #56710
3930 Old Hwy 94 South - Suite 108

1

St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
Email: KevinKasper@KasperLawFirm.net
Email: RyanSchellert@KasperLawFirm.net
*ATTORNEYS FOR PLAINTIFF*



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | Case Number:  2211-CC00254 |
| Plaintiff/Petitioner:<br>BRIAN CHRISTOPHER STRICK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEVIN JAMES KASPER<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>STRATOSPHERE QUALTY, LLC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  STRATOSPHERE QUALTY, LLC

          **Alias:**

**120 SOUTH CENTRAL AVENUE**
**NATIONAL REGISTERED AGENTS INC**
**CLAYTON, MO  63105**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| | |
|---|---|
| _____3/16/2022_____ | _____/S/  Cheryl Crowder_____ |
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
     Printed Name of Sheriff or Server                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                                  Date                                  Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | **Case Number:  2211-CC00254** |
| Plaintiff/Petitioner:<br>BRIAN CHRISTOPHER STRICK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEVIN JAMES KASPER<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>STRATOSPHERE QUALTY, LLC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **PEOPLEREADY INC**
**Alias:**

**CSC-LAWYERS INCORPORATING SERV
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101**

***COURT SEAL OF***

*CIRCUIT COURT OF MISSOURI*

***ST. CHARLES COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| | |
|---|---|
| 3/16/2022 | /S/  Cheryl Crowder |
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                          Date                                          Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**2211-CC00254**

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

**IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY, MISSOURI**
**CIRCUIT JUDGE DIVISION**

| | | |
|---|---|---|
| **BRIAN STRICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:** |
| **vs.** | ) | |
| | ) | |
| **STRATOSPHERE QUALITY, LLC,** | ) | **JURY TRIAL DEMANDED** |
| **Serve:** | ) | |
| **National Registered Agents, Inc** | ) | |
| **120 South Central Avenue** | ) | |
| **Clayton, MO 63105** | ) | |
| | ) | |
| | ) | |
| **And,** | ) | |
| | ) | |
| **PEOPLEREADY, INC.,** | ) | |
| **Serve:** | ) | |
| **CSC-Lawyers Incorporating Service Co.** | ) | |
| **221 Bolivar Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR SPECIAL PROCESS SERVER**

Plaintiff requests that Wayne Polette, 3930 Old Hwy 94 South, Suite 108, Saint Charles,

MO 63304, be appointed special process server for the below Defendant.

**STRATOSPHERE QUALITY, LLC,**
    **Serve:**
    **National Registered Agents, Inc**
    **120 South Central Avenue**
    **Clayton, MO 63105**

Respectfully submitted,

**KASPER LAW FIRM, LLC**

By: */s/ Kevin J. Kasper*
Kevin J. Kasper, #52171
Ryan P. Schellert, #56710
3930 Old Hwy 94 South - Suite 108

ALL RISKS TO
REQUESTING PARTY
SO APPOINTED:
/S/  Cheryl Crowder 2:28 pm, Mar 16, 2022

1

Electronically Filed - St Charles Circuit Div - March 15, 2022 - 05:09 PM

St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
Email: KevinKasper@KasperLawFirm.net
Email: RyanSchellert@KasperLawFirm.net
*ATTORNEYS FOR PLAINTIFF*

Electronically Filed - St Charles Circuit Div - April 25, 2022 - 02:03 PM

**IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY, MISSOURI**
**CIRCUIT JUDGE DIVISION**

**BRIAN STRICK,**                                              )
                                                              )
    **Plaintiff,**                             )
                                                              )   **Case No.: 2211-CC00254**
    **vs.**                                   )
                                                              )
**STRATOSPHERE QUALITY, LLC,**                                )
    **Serve:**                                 )
    **National Registered Agents, Inc**        )
    **120 South Central Avenue**               )
    **Clayton, MO 63105**                      )
                                                              )
                                                              )
    **And,**                                   )
                                                              )
**PEOPLEREADY, INC.,**                                        )
    **Serve:**                                 )
    **CSC-Lawyers Incorporating Service Co.**  )
    **221 Bolivar Street**                     )
    **Jefferson City, MO 65101**               )
                                                              )
    **Defendants.**                            )

**REQUEST FOR ALIAS SUMMONS**

COMES NOW, Plaintiff, by and through his Counsel, and requests that an Alias

Summons be issued due to non-service to:

**STRATOSPHERE QUALITY, LLC,**

    **Serve:**
    **National Registered Agents, Inc**
    **120 South Central Avenue**
    **Clayton, MO 63105**


And

**PEOPLEREADY, INC.,**
    **Serve:**
    **CSC-Lawyers Incorporating Service Co.**
    **221 Bolivar Street**
    **Jefferson City, MO 65101**

1

Electronically Filed - St Charles Circuit Div - April 25, 2022 - 02:03 PM

Respectfully submitted,

**KASPER LAW FIRM, LLC**

By: */s/ Kevin J. Kasper*
Kevin J. Kasper, #52171
Ryan P. Schellert, #56710
3930 Old Hwy 94 South - Suite 108
St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
Email: KevinKasper@KasperLawFirm.net
Email: RyanSchellert@KasperLawFirm.net
*ATTORNEYS FOR PLAINTIFF*

2



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | Case Number:  2211-CC00254 |
| Plaintiff/Petitioner:<br>BRIAN CHRISTOPHER STRICK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEVIN JAMES KASPER<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>STRATOSPHERE QUALTY, LLC | Court Address:<br>300 N 2nd STREET |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | SAINT CHARLES, MO  63301 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  STRATOSPHERE QUALTY, LLC
        **Alias:**

**120 SOUTH CENTRAL AVENUE**
**NATIONAL REGISTERED AGENTS INC**
**CLAYTON, MO  63105**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| | |
|---|---|
| 4-25-22 | /S/ CHERYL CROWDER |
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
    Printed Name of Sheriff or Server                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                             Date                          Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | **Case Number:  2211-CC00254** |
| Plaintiff/Petitioner:<br>BRIAN CHRISTOPHER STRICK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEVIN JAMES KASPER<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>STRATOSPHERE QUALTY, LLC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  **PEOPLEREADY INC**
                     **Alias:**

**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 4-25-22 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
      Printed Name of Sheriff or Server                 Signature of Sheriff or Server

            **Must be sworn before a notary public if not served by an authorized officer:**

            Subscribed and sworn to before me on _____ (date).

*(Seal)*

            My commission expires: _____    _____
                               Date                        Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles Circuit Div - May 05, 2022 - 02:47 PM



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | Case Number: **2211-CC00254** |
| Plaintiff/Petitioner:<br>BRIAN CHRISTOPHER STRICK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEVIN JAMES KASPER<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> STRATOSPHERE QUALTY, LLC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | *(Date File Stamp)* |

## Summons in Civil Case

The State of Missouri to:  STRATOSPHERE QUALTY, LLC
**Alias:**

**120 SOUTH CENTRAL AVENUE**
**NATIONAL REGISTERED AGENTS INC**
**CLAYTON, MO  63105**

*COURT SEAL OF*

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____4-25-22_____       /S/ CHERYL CROWDER_____
Date                                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and petition to:
__Bonnie Love_____ (name) _C-T corporation_____ (title).
☐ other:_____

Served at _120 S. Central Ave._____ (address)
in _Clayton_____ (County)/City of St. Louis), MO, on _5-5-22_ (date) at _1:33 p_ (time).

_Wayne Polette_____       _signature_____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _5-5-22_ (date).
My commission expires: _10/6/25_       _signature_____
Date                                        Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____50.00_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles Circuit Div - May 05, 2022 - 02:47 PM

 **Wolters Kluwer**

**SOP Intake** Portal

**Date:** Thu, May 5, 2022

**Time:** 1:33 PM

**Name:** Drop Service

**Juris Served:** MO

**Job ID:** 162917

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
|---|---|---|
| STRATOSPHERE QUALTY, LLC | | 2211CC00254 |

Intake Specialist: Bonnie Love

CT Corporation, a Wolters Kluwer Company



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | Case Number: **2211-CC00254** |
| Plaintiff/Petitioner:<br>BRIAN CHRISTOPHER STRICK<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>KEVIN JAMES KASPER<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>STRATOSPHERE QUALTY, LLC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

**RECEIVED**

**APR 29 2022**

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

## Summons in Civil Case

**FILED**

The State of Missouri to:  **PEOPLEREADY INC**
                    **Alias:**
CSC-LAWYERS INCORPORATING SERV
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

MAY 09 2022

CIRCUIT CLERK
ST CHARLES COUNTY

**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 4-25-22 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and petition to:
_____ J. Lewis _____ (name) _____ designee _____ (title).
☐ other: _____

Served at ___ 350 Ettigh St ___ (address)
in ___ Cole ___ (County/City of St. Louis), MO, on ___ 5.2.22 ___ (date) at ___ 8:00 a ___ (time).

___ Sheriff John P Wheeler ___ by ___ Dep ___ 36
Printed Name of Sheriff or Server       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                        Date                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| Total | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.