# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIAN STRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:22-cv-00589-JMB |
| | ) |
| STRATOSPHERE QUALITY, LLC, | ) |
| and PEOPLEREADY, INC. | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for Stratosphere Quality LLC ("Stratosphere Quality") hereby discloses the following organizational interests:

Stratosphere Quality is a foreign limited liability company and its principal place of business is located in Indianapolis, Indiana. Stratosphere Quality has two members: Sojitz Quality, Inc., a Delaware corporation with its principal place of business in New York, New York; and Green Tec US Co., Ltd., a Delaware corporation with its principal place of business in Indianapolis, Indiana.

Respectfully submitted,


/s/ *Anne E. Baggott*
Anne E. Baggott, MO #59187
HALBROOK WOOD, P.C.
3500 W. 75th Street, Suite 300
Prairie Village, KS 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
abaggott@halbrookwoodlaw.com

Kate G. Erdel (*Pro Hac Vice Forthcoming*)
Shaina P. Wolfe (*Pro Hac Vice Forthcoming*)
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
TEL: (317) 968-5339
kate.erdel@dentons.com
shaina.wolfe@dentons.com

**ATTORNEYS FOR DEFENDANT
STRATOSPHERE QUALITY, LLC**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 6th day of June 2022, the foregoing was electronically filed with the Clerk of the Court and served via the Court's e-filing system to the following counsel of record:

Kevin J. Kasper
Ryan P. Schellert
KASPER LAW FIRM, LLC
3930 Old Hwy 94 South – Suite 108
St. Charles, Missouri 63304
KevinKasper@KasperLawFirm.net
RyanSchellert@KasperLawFirm.net

**ATTORNEYS FOR PLAINTIFF**

Kimberly F. Seten
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108-4600
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
kseten@constangy.com

Katie M. Rhoten
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
680 Craig Road, Suite 400
St. Louis, Missouri 63141
Telephone: (314) 925-7270
Facsimile: (314) 665-1707
krhoten@constangy.com

**ATTORNEYS FOR DEFENDANT PEOPLEREADY, INC.**