IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Brian Strick**,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**Stratosphere Quality, LLC, and PeopleReady, Inc.,**<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 4:22-cv-00589-JMB<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate, as provided in Rules 41(a)(1)(A)(ii) and 41(c) F.R.C.P., that:

Plaintiff dismiss his complaint and all claims against Defendants with prejudice, each party to

bear their own attorney fees and costs.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| KASPER LAW FIRM, LLC<br>By: /s/ Kevin J. Kasper<br>Kevin J. Kasper, #52171MO<br>Ryan P. Schellert, #56710MO<br>3930 Old Hwy 94 South – Suite 108<br>St. Charles, MO 63304<br>Tel: (636) 922-7100<br>Fax: (866) 303-2874<br>KevinKasper@KasperLawFirm.net<br>RyanSchellert@KasperLawFirm.net<br>*Attorneys for Plaintiff* | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br>By: /s/ Kimberly F. Seten<br>Kimberly F. Seten, #50449MO<br>2600 Grand Boulevard, Suite 750<br>Kansas City, MO 64108-4600<br>Telephone:  (816) 472 6400<br>Facsimile:  (816) 472 6401<br>kseten@constangy.com<br><br>Katie M. Rhoten, #69287MO<br>680 Craig Road, Suite 400<br>St. Louis, MO 63141<br>(314) 925-7270 (phone)<br>(314) 665-1707 (facsimile)<br>krhoten@constangy.com<br>*Attorneys for Defendant PeopleReady, Inc.*<br><br>DENTONS BINGHAM GREENBAUM LLP<br>By: /s/ Kate G. Erdel<br>Kate G. Erdel (Pro Hac Vice) |

1

Shaina P. Wolfe (Pro Hac Vice)
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
TEL: (317) 968-5229
kate.erdel@dentons.com
Shaina.wolfe@dentons.com

HALBROOK WOOD, P.C.
Anne E. Baggott, MO #59187
3500 W. 75th Street, Suite 300
Prairie Village, KS 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
abaggott@halbrookwoodlaw.com

*Attorneys for Defendant Stratosphere Quality, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed on the court's electronic filing system which issues notice to all parties of record.


/s/ Kevin J. Kasper